

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYRONNE JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-1144-ML-SS** |
| **JO ANNE BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the plaintiff, Tyronne Johnson, for summary judgment (Rec. doc. 12) is GRANTED in PART and DENIED in PART, defendant's cross-motion for summary judgment (Rec. doc. 16) is GRANTED in PART and DENIED in PART and Johnson is awarded a closed period of disability from January 22, 2002 through February 4, 2004.

New Orleans, Louisiana, this  9  day of   Nov,   , 2006.

UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\Skinner\Local Settings\Temp\notesF5C75F\~8057781.wpd