UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE JOHNSON                                              CIVIL ACTION

versus                                                       NO. 06-1144

JO ANNE B. BARNHART, COMMISSIONER                           SECTION: E/1
SOCIAL SECURITY ADMINISTRATION

## ORDER AND REASONS

This matter is before the Court on plaintiff's ("Johnson") Motion to Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d).  Rec. Doc. #15.  No opposition was filed.

On November 9, 2006, at rec. doc. #14, after adopting the Report and Recommendation of the Magistrate Judge, the Court entered judgment in favor of Johnson and against defendant for a closed period of disability from January 22, 2002 through February 4, 2004, and in favor of defendant and against Johnson in all other respects.  The Court finds that Johnson is a prevailing party pursuant to the applicable statute.  Johnson's motion is supported by a memorandum in support of the motion, an affidavit of Johnson's attorney, and his time records.  He requests an hourly rate of $125.00 for 14.5 hours spent working on the case, for a total of $1,812.50.  The Court finds that the requested hourly rate and time spent are reasonable, and the

amount requested is justified.

Accordingly,

**IT IS ORDERED** that the Motion to Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) is **GRANTED;** and

**IT IS FURTHER ORDERED** that Tyrone Johnson **BE AND IS HEREBY AWARDED $1,812.50 IN ATTORNEY FEES.**

New Orleans, Louisiana, December 6, 2006.

_____
**MARCEL LIVAUDAIS, JR.**
Senior United States District Judge